**STATE of Missouri, Respondent,**

v.

**Ronald N. BERRY, Appellant.**

**No. WD 66472.**

Missouri Court of Appeals,
Western District.

Feb. 27, 2007.

Irene C. Karns, Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J.,
LOWENSTEIN and HOLLIGER, JJ.

## *ORDER*

PER CURIAM.

Ronald Berry appeals his conviction and sentence on two counts of possession of a controlled substance with intent to distribute, deliver, or sell, under section 195.211, RSMo Cum.Supp.2006. Because a published opinion would have no, precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).